# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 15, 2015

151785

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEMETRIUS WILLIAM EDWARDS,
      Defendant-Appellant.

SC: 151785
COA: 318000
Wayne CC: 13-000935-FC

_____/

      On order of the Court, the application for leave to appeal the March 10, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 15, 2015



Clerk

t1008